# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-3312

Sandra K. Fiecke-Stifter, on behalf of themselves and all others similarly situated and Estate of Doris M. Fasching, the, by and through Personal Representative Sandra Fiecke-Stifter, on behalf of themselves and all others similarly situated

Appellants

v.

MidCountry Bank and Taft Stettinius & Hollister LLP

Appellees

---

Appeal from U.S. District Court for the District of Minnesota
(0:22-cv-03056-ECT)

---

**ORDER**

Appellants' motion for an extension of time to file the brief is granted. Appellants may have until March 5, 2025 to file the brief and appendix.

January 28, 2025

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Maureen W. Gornik