# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

| | |
|---|---|
| **TO:** | Robert D. Friedman |
| **cc:** | Schaan Barth |
| | Carl Eric Christensen |
| | Jason Robert Asmus |
| | Thomas John Lyons Jr. |
| | Justin Peter Weinberg |
| | Matthew W.H. Wessler |
| | Christopher John Wilcox |
| **FROM:** | Clifford R. Jackson |
| **DATE:** | July 03, 2025 |
| **RE:** | 24-3312  Sandra Fiecke-Stifter, et al v. MidCountry Bank, et al |

Your paper briefs in the above-case have been received. In reviewing the briefs, we noted the deficiency shown below.

**Your Certificate of Service is due 5 days from the date of this notice.**

\_\_\_X\_\_Please file a Corrected Certificate of Service entry in CM/ECF showing service of the paper copies of your reply brief on opposing counsel.  The certificate must show the date and method of service.